29 A.3d 1149 (2011)
Jay V. YUNIK, Appellant
v.
Jeffrey BEARD, D.O.C., Secretary, Mr. Nickelson, Deputy Supt. SCI-Fayette, Mr. Armel, Deputy Supt., SCI-Fayette, Brian V. Coleman, Superintendent, SCI-Fayette, Rhonda House, Grievance Officer, SCI-Fayette, Norina Varner, Grievance Officer, SCI-Fayette, W.W. Jones, Captain, SCI-Fayette, C. Myers, Physician's Assistant, SCI-Fayette, K. Randolph, Registered Nurse, SCI-Fayette, S. Berrier, Acting C.H.C.A., SCI-Fayette, Herbick, Medical Doctor, SCI-Fayette, Appellees.
No. 40 WAP 2010.
Supreme Court of Pennsylvania.
September 28, 2011.

ORDER
PER CURIAM.
AND NOW, this 28th day of September, 2011, the order of the Commonwealth Court is AFFIRMED.